Certificate Number: 01267-NJ-DE-028935842

Bankruptcy Case Number: 16-34228



01267-NJ-DE-028935842

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 17, 2017</u>, at <u>11:21</u> o'clock <u>AM CDT</u>, <u>Fernando Torres</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>March 17, 2017</u>          By:   <u>/s/Gina Miller</u>

                                      Name:  <u>Gina Miller</u>

                                      Title: <u>Phone Counselor</u>