UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN N. TAIEB,
 Attorney at Law
 BY____/s/Steven N. Taieb,Esq._____
   Steven N. Taieb, ST8001
1155 Rt. 73, Suite 11
Mt. Laurel, NJ 08054
(856) 235-4994

**Order Filed on June 21, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Fernando Torres

Case No.: ____16-34228____

Chapter: 13

Judge: _____JNP_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

   The relief set forth on the following page is **ORDERED**.

**DATED: June 21, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb, Esquire_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____529_____ per month for _____54_____ months to allow for payment of the above fee.

*rev.8/1/15*

Case 16-34222-JNP    Doc 25-2    Filed 06/13/17    Entered 06/13/17 09:43:09    Desc Main
Proposed Order    Page 2 of 2

2