UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Fernando Torres
  Debtor/Respondent

Case No.:     16-34228 JNP

Chapter:           13

Hearing Date:  _____

Judge:     Christine Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Mortgage Payment Change Filed on June 13, 2017.

_____

Date: 07/06/2017                        /s/ Denise Carlon
                                        Signature

*rev.8/1/15*