# Office of the Chapter 13 Standing Trustee

## Isabel C. Balboa, Chapter 13 Standing Trustee†

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr. Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**
*Jennie P. Archer\**
*Jenai M. Cerquoni\**
*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

December 04, 2017

FERNANDO TORRES
275 GREEN STREET
APARTMENT 5J2
EDGEWATER PARK, NJ 08010

    RE:    DEBTOR(S):   FERNANDO TORRES
             CASE NO.:     16-34228-JNP
             CONFIRMED:  02/15/2017

**NOTICE TO FILE ANNUAL STATEMENT OF INCOME AND EXPENSES
PURSUANT TO 11 U.S.C. §521(f)(4)(b)**

Pursuant to 11 U.S.C. §521(f)(4)(b):

    At the request of the court, the United States Trustee, or any party in interest…..a debtor who is an individual shall file with the court

    in a case under chapter 13 -

    annually after the plan is confirmed and until the case is closed, not later than the date that is 45 days before the anniversary of confirmation of plan;

    a statement, under penalty of perjury, of the income and expenditures of the debtor during the tax year of the debtor most recently concluded before such statement is filed under this paragraph, and of the monthly income of the debtor, that shows how income, expenditures, and monthly income are calculated.

As the Trustee, I am a party in interest and request that the debtor(s) file the required Amended Schedules I and J and provide proof of current income on or before 45 days to the anniversary date of the confirmation of the plan. Failure to timely file the annual statement may result in the Trustee seeking to dismiss or modify debtor(s)' chapter 13 plan.

                      Very truly yours,
                      /s/ Isabel C. Balboa
                      Isabel C. Balboa
                      Chapter 13 Standing Trustee

cc: STEVEN N. TAIEB, ESQUIRE

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**
**Memphis, TN 38101-1978**

IS_CHH_5004