Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 16-34228 (JNP)**

Fernando Torres  
275 Green Street  
Apartment 5J2  
Edgewater Park, NJ  08010

Monthly Payment: $529.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/2017 | $520.00 | 02/27/2017 | $520.00 | 04/03/2017 | $520.00 | 04/25/2017 | $520.00 |
| 06/05/2017 | $520.00 | 07/05/2017 | $529.00 | 07/20/2017 | $529.00 | 09/11/2017 | $529.00 |
| 10/02/2017 | $529.00 | 11/06/2017 | $529.00 | 12/05/2017 | $529.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FERNANDO TORRES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $3,239.54 | $3,239.54 | $0.00 | $3,239.54 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | ACCOUNT RESOLUTION SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARBOR GREEN CONDOMINIUM ASSOCIATION, INC. | 24 | $7,666.50 | $374.27 | $7,292.23 | $215.96 |
| 3 | CITY SELECT AUTO SALES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $439.28 | $0.00 | $439.28 | $0.00 |
| 6 | CUTOLO & BARROS, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | TOWNSHIP OF EDGEWATER PARK | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | EDWATER PARK TAX COLLECTOR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FINANCIAL RECOVERIES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FIRST CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,330.10 | $0.00 | $2,330.10 | $0.00 |
| 12 | QUICKEN LOANS, INC. | 24 | $14,940.37 | $729.37 | $14,211.00 | $420.86 |
| 13 | STELLAR RECOVER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. BANK CUST FOR PC6 STERLING NAT'L | 24 | $1,013.16 | $49.46 | $963.70 | $28.54 |
| 16 | VW CREDIT, INC. | 33 | $22,955.80 | $0.00 | $22,955.80 | $0.00 |
| 17 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | STEVEN N. TAIEB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | AMERICAN INFOSOURCE, LP | 33 | $52.45 | $0.00 | $52.45 | $0.00 |
| 20 | AMERICAN INFOSOURCE, LP | 33 | $52.45 | $0.00 | $52.45 | $0.00 |
| 21 | QUICKEN LOANS, INC. | 13 | $531.00 | $531.00 | $0.00 | $531.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2017 | 6.00 | $520.00 |
| 07/01/2017 | 54.00 | $529.00 |
| 01/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,774.00 |
| Total paid to creditors this period: | $4,835.90 |
| Undistributed Funds on Hand: | $487.74 |
| Arrearages: | $520.00 |
| Attorney: | STEVEN N. TAIEB, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**