|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>STEVEN N. TAIEB,<br>Attorney at Law<br>BY____/s/Steven N. Taieb,Esq._____<br>  Steven N. Taieb, ST8001<br>1155 Rt. 73, Suite 11<br>Mt. Laurel, NJ 08054<br>(856) 235-4994 |  |
| In Re:<br><br>Fernando Torres | Case No.: 16-34228<br><br>Chapter: 13<br><br>Judge: JNP |

**Order Filed on May 9, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 9, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb, Esquire_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____540_____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*