Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−34228−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fernando Torres
   275 Green St. 5J2
   Edgewater Park, NJ 08010

Social Security No.:
   xxx−xx−7177

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 17, 2017.

On May 4, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:         June 20, 2018
Time:        09:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 7, 2018
JAN: def

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-34228-JNP
Fernando Torres                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 2           Date Rcvd: May 07, 2018
                               Form ID: 185                 Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
```
db          +Fernando Torres,    275 Green St. 5J2,    Edgewater Park, NJ 08010-2410
516561051   +Account Resolution Service,    1643 North Harrison Pkwy,    Building H, Ste. 100,
              Sunrise, FL 33323-2857
516561052   +Arbor Green Condo Assoc.,    275 Green Street, Unit A,    Edgewater Park, NJ 08010-2439
516570002   +Arbor Green Condominium Association, Inc.,    c/o Cutolo Barros LLC,
              151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
516561053    City Select Auto Sales,    4375A Route 103 S,    Burlington, NJ 08016
516561056   +Cutolo & Barros, Esq.,    151 Highway 33 East,    Suite 204,   Manalapan, NJ 07726-8635
516561057   +Edgewater Park Sewage Authority,    1123 Cooper St.,    Edgewater Park , NJ 08010-2558
516561058   +Edwater Park Tax Collector,    400 Delanco Road,    Edgewater Park, New Jersey 08010-2400
516561059   +Financial Recoveries,    200 East Park Dr.,    Ste. 100 PO Box 1388,    Mt. Laurel, Nj 08054-1297
516561060   +First Credit Services,    377 Hoes Lane, Ste. 200,    Poscataway, NJ 08854-4155
516561063   +Stellar Recover,    PO Box 48370,    Jacksonville, FL 32247-8370
516561064   +US Bank,    Custodian For PC-6, Sterling Nation,    50 South 16th St. Suite 2050,
              Philadelphia, Pennsylvania 19102-2521
516625503   +US Bank Cust for PC6 Sterling Nat'l,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
              Voorhees, NJ 08043-4381
516641742   +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:03      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:02      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516762424    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2018 23:42:43
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
516561054   +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 07 2018 23:47:38
              Comcast Cable,    1 Comcast Center,    Philadelphia, Pennsylvania 19103-2899
516561055   +E-mail/PDF: creditonebknotifications@resurgent.com May 07 2018 23:41:19      Credit One Bank,
              PO Box 98872,    Las Vegas,, NV 89193-8872
516769588    E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2018 23:42:41
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516592549   +E-mail/PDF: cbp@onemainfinancial.com May 07 2018 23:42:17      ONEMAIN,   605 MUNN ROAD,
              FT. MILL, SC 29715-8421
516561061   +E-mail/PDF: cbp@onemainfinancial.com May 07 2018 23:39:48      OneMain Financial,
              6801 Colwell Blvd.,    C/S Care Dept.,    Irving, TX 75039-3198
517037769    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2018 23:42:35
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517037770    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2018 23:41:15
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516561062   +E-mail/Text: bankruptcyteam@quickenloans.com May 07 2018 23:47:24      Quicken Loans,
              1050 Woodward Avenue,    Detroit, MI 48226-1906
516628758   +E-mail/Text: bankruptcyteam@quickenloans.com May 07 2018 23:47:24      Quicken Loans Inc.,
              635 Woodward Avenue,    Detroit, MI 48226-3408
516561065   +E-mail/Text: vci.bkcy@vwcredit.com May 07 2018 23:47:10      VW Credit Inc,
              9441 LBJ Freeway Ste 350,    Dallas, Texas 75243-4652
                                                                                              TOTAL: 13
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: May 07, 2018
                              Form ID: 185             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC6 Sterling Natl
             lfossi@zeitzlawfirm.com,
             gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
            Steven N. Taieb    on behalf of Debtor Fernando  Torres staieb@comcast.net
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```