Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 16-34228 (JNP)**

Fernando Torres  
275 Green Street  
Apartment 5J2  
Edgewater Park, NJ  08010

Monthly Payment: $570.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/14/2019 | $570.00 | 02/27/2019 | $570.00 | 03/11/2019 | $570.00 | 04/08/2019 | $570.00 |
| 05/06/2019 | $570.00 | 06/17/2019 | $570.00 | 07/15/2019 | $570.00 | 08/19/2019 | $570.00 |
| 09/09/2019 | $570.00 | 10/07/2019 | $570.00 | 11/18/2019 | $570.00 | 12/18/2019 | $570.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FERNANDO TORRES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $3,239.54 | $3,239.54 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $300.00 | $300.00 | $0.00 | $0.00 |
| 1 | ACCOUNT RESOLUTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARBOR GREEN CONDOMINIUM ASSOCIATION, INC. | 24 | $7,666.50 | $3,864.67 | $3,801.83 | $1,992.98 |
| 3 | CITY SELECT AUTO SALES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $439.28 | $0.00 | $439.28 | $0.00 |
| 6 | CUTOLO BARROS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | EDGEWATER PARK SEWERAGE AUTHORITY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | EDWATER PARK TAX COLLECTOR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FINANCIAL RECOVERIES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FIRST CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,330.10 | $0.00 | $2,330.10 | $0.00 |
| 12 | QUICKEN LOANS, INC. | 24 | $16,256.61 | $8,071.69 | $8,184.92 | $4,290.70 |
| 13 | STELLAR RECOVER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. BANK CUST FOR PC6 STERLING NAT'L | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | VW CREDIT, INC. | 33 | $22,955.80 | $0.00 | $22,955.80 | $0.00 |
| 17 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUICKEN LOANS, INC. | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 19 | AMERICAN INFOSOURCE, LP | 33 | $52.45 | $0.00 | $52.45 | $0.00 |
| 20 | AMERICAN INFOSOURCE, LP | 33 | $52.45 | $0.00 | $52.45 | $0.00 |
| 21 | QUICKEN LOANS, INC. | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 01/01/2017 | 17.00 | $0.00 |
| 06/01/2018 | Paid to Date | $8,948.00 |
| 07/01/2018 | 42.00 | $570.00 |
| 01/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,840.00 |
| Total paid to creditors this period: | $6,283.68 |
| Undistributed Funds on Hand: | $525.54 |
| Arrearages: | $570.00 |
| Attorney: | STEVEN N. TAIEB, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**