UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:
Torres, Fernando

Case No.: 16-34228 JNP
Chapter 7
Judge: Jerrold N. Poslusny Jr.

## NOTICE OF PROPOSED ABANDONMENT

On July 28, 2020, Andrew Finberg, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:  US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable JERROLD N. POSLUSNY JR. on September 1, 2020 at 11:00a.m. at the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ, Courtroom no.4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
| --- | --- | --- | --- |
| 275 Green Street, Unit 5J2, See, NJ 08010, Burlington County | $70,000.00 | $122,732.00 | $580.00 |

Objections must be served on, and requests for additional information directed to:

NAME:            Andrew Finberg, Chapter 7 Trustee

ADDRESS:         525 Route 73 South, Suite 200, Marlton, NJ 08053

TELEPHONE NO:    (856) 988-9055

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                                  Case No. 16-34228-JNP
Fernando Torres                                                                         Chapter 7
        Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                   Page 1 of 2                  Date Rcvd: Jul 29, 2020
                               Form ID: pdf905               Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
db             #+Fernando Torres,    275 Green St. 5J2,    Edgewater Park, NJ 08010-2410
516561051       +Account Resolution Service,    1643 North Harrison Pkwy,    Building H, Ste. 100,
                  Sunrise, FL 33323-2857
516561052       +Arbor Green Condo Assoc.,    275 Green Street, Unit A,    Edgewater Park, NJ 08010-2439
516570002       +Arbor Green Condominium Association, Inc.,    c/o Cutolo Barros LLC,
                  151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
516561053        City Select Auto Sales,    4375A Route 103 S,    Burlington, NJ 08016
516561056       +Cutolo & Barros, Esq.,    151 Highway 33 East,    Suite 204,   Manalapan, NJ 07726-8635
516561057       +Edgewater Park Sewage Authority,    1123 Cooper St.,    Edgewater Park , NJ 08010-2558
516561058       +Edwater Park Tax Collector,    400 Delanco Road,    Edgewater Park, New Jersey 08010-2400
516561059       +Financial Recoveries,    200 East Park Dr.,    Ste. 100 PO Box 1388,    Mt. Laurel, Nj 08054-1297
516561060      #+First Credit Services,    377 Hoes Lane, Ste. 200,    Poscataway, NJ 08854-4155
516561063       +Stellar Recover,    PO Box 48370,    Jacksonville, FL 32247-8370
516561064       +US Bank,   Custodian For PC-6, Sterling Nation,    50 South 16th St. Suite 2050,
                  Philadelphia, Pennsylvania 19102-2521
516625503       +US Bank Cust for PC6 Sterling Nat'l,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
                  Voorhees, NJ 08043-4381
516641742       +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 00:43:44     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 00:43:42      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516762424       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2020 00:52:55
                  American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                  Oklahoma City, OK 73124-8838
516561054      +E-mail/Text: documentfiling@lciinc.com Jul 30 2020 00:42:53     Comcast Cable,
                  1 Comcast Center,   Philadelphia, Pennsylvania 19103-2899
516561055      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 30 2020 00:41:17     Credit One Bank,
                  PO Box 98872,   Las Vegas,, NV 89193-8872
516769588       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 00:41:22
                  LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516592549      +E-mail/PDF: cbp@onemainfinancial.com Jul 30 2020 00:40:14     ONEMAIN,   605 MUNN ROAD,
                  FT. MILL, SC 29715-8421
516561061      +E-mail/PDF: cbp@onemainfinancial.com Jul 30 2020 00:40:13     OneMain Financial,
                  6801 Colwell Blvd.,   C/S Care Dept.,    Irving, TX 75039-3198
517037769       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 00:40:27
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
517037770       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 00:42:12
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541,
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
516561062      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 30 2020 00:44:01      Quicken Loans,
                  1050 Woodward Avenue,    Detroit, MI 48226-1906
516628758      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 30 2020 00:44:01      Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
516561065      +E-mail/Text: vci.bkcy@vwcredit.com Jul 30 2020 00:43:52     VW Credit Inc,
                  9441 LBJ Freeway Ste 350,    Dallas, Texas 75243-4652
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1           User: admin                    Page 2 of 2                   Date Rcvd: Jul 29, 2020
                               Form ID: pdf905                Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
              Andrew   Finberg    on behalf of Trustee Andrew   Finberg trustee@sjbankruptcylaw.com,
               J117@ecfcbis.com
              Andrew   Finberg    trustee@sjbankruptcylaw.com,   J117@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Linda S. Fossi    on behalf of Creditor   US Bank Cust for PC6 Sterling Natl
               lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              Steven N. Taieb    on behalf of Debtor Fernando   Torres staieb@comcast.net,   sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```