**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Fernando Torres** | Social Security number or ITIN   xxx–xx–7177 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:  16–34228–JNP | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Fernando Torres

10/2/20                                                **By the court:**  Jerrold N. Poslusny Jr.
                                                              United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 16-34228-JNP

Fernando Torres                                                                          Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                                          User: admin                                              Page 1 of 2

Date Rcvd: Oct 02, 2020                                Form ID: 318                                  Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Fernando Torres, 275 Green St. 5J2, Edgewater Park, NJ 08010-2410 |
| 516561051 | + | Account Resolution Service, 1643 North Harrison Pkwy, Building H, Ste. 100, Sunrise, FL 33323-2857 |
| 516561052 | + | Arbor Green Condo Assoc., 275 Green Street, Unit A, Edgewater Park, NJ 08010-2439 |
| 516570002 | + | Arbor Green Condominium Association, Inc., c/o Cutolo Barros LLC, 151 Highway 33 East, Suite 204, Manalapan, New Jersey 07726-8635 |
| 516561053 | | City Select Auto Sales, 4375A Route 103 S, Burlington, NJ 08016 |
| 516561056 | + | Cutolo & Barros, Esq., 151 Highway 33 East, Suite 204, Manalapan, NJ 07726-8635 |
| 516561057 | + | Edgewater Park Sewage Authority, 1123 Cooper St., Edgewater Park , NJ 08010-2558 |
| 516561058 | + | Edwater Park Tax Collector, 400 Delanco Road, Edgewater Park, New Jersey 08010-2400 |
| 516561059 | + | Financial Recoveries, 200 East Park Dr., Ste. 100 PO Box 1388, Mt. Laurel, Nj 08054-1297 |
| 516561060 | #+ | First Credit Services, 377 Hoes Lane, Ste. 200, Poscataway, NJ 08854-4155 |
| 516561063 | + | Stellar Recover, PO Box 48370, Jacksonville, FL 32247-8370 |
| 516561064 | + | US Bank, Custodian For PC-6, Sterling Nation, 50 South 16th St. Suite 2050, Philadelphia, Pennsylvania 19102-2516 |
| 516625503 | + | US Bank Cust for PC6 Sterling Nat'l, Gary C. Zeitz, LLC, 1101 Laurel Oak Road, Suite 170, Voorhees, NJ 08043-4381 |
| 516641742 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2020 22:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2020 22:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516762424 | | EDI: AIS.COM | Oct 03 2020 02:28:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516561054 | + | EDI: COMCASTCBLCENT | Oct 03 2020 02:23:00 | Comcast Cable, 1 Comcast Center, Philadelphia, Pennsylvania 19103-2899 |
| 516561055 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 02 2020 23:22:51 | Credit One Bank, PO Box 98872, Las Vegas,, NV 89193-8872 |
| 516769588 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2020 23:22:56 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516592549 | + | EDI: AGFINANCE.COM | Oct 03 2020 02:23:00 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 516561061 | + | EDI: AGFINANCE.COM | Oct 03 2020 02:23:00 | OneMain Financial, 6801 Colwell Blvd., C/S Care Dept., Irving, TX 75039-3198 |
| 517037769 | | EDI: PRA.COM | Oct 03 2020 02:23:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

District/off: 0312-1        User: admin        Page 2 of 2

Date Rcvd: Oct 02, 2020        Form ID: 318        Total Noticed: 27

| | | | |
|---|---|---|---|
| 517037770 | EDI: PRA.COM | | |
| | | Oct 03 2020 02:23:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 516561062 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Oct 02 2020 22:41:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 516628758 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Oct 02 2020 22:41:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 516561065 | + Email/Text: vci.bkcy@vwcredit.com | | |
| | | Oct 02 2020 22:41:00 | VW Credit Inc, 9441 LBJ Freeway Ste 350, Dallas, Texas 75243-4652 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com  J117@ecfcbis.com;cheryl@sjbankruptcylaw.com |
| Andrew Finberg | trustee@sjbankruptcylaw.com  J117@ecfcbis.com;cheryl@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cust for PC6 Sterling Natl lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| Steven N. Taieb | on behalf of Debtor Fernando Torres staieb@comcast.net  sntgale@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8